UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO.: 08-0261 CRB**<br><br>Removed From U.S. District Court for Maryland (Balto)<br>Case No.: **1:07-cv-03137-JFM**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Dana Johnson,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Dana Johnson, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 19, 2009

By: Paul A. Weykamp
Attorneys for Plaintiff, Dana Johnson

DATED: Nov. 2, 2009    DLA PIPER LLC

By: Michelle Sadowsky
Attorneys for Defendant, Pfizer, Inc.

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'
STIPULATION, IT IS SO ORDERED.

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court